IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STANDARD TEXTILE CO., INC.

        Plaintiff,                           Case No. 1:12-cv-814-MRB

Vs.                                    Judge: Timothy S. Black

ORCHARD BRANDS CORPORATION,
D/B/A LINENSOURCE

        Defendant.

## DISMISSAL WITHOUT PREJUDICE

Plaintiff Standard Textile Co., Inc. hereby dismisses the present Complaint without

prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated:  December 18, 2012         /s/ Theodore R. Remaklus
                                 Theodore R. Remaklus
                                   Trial Attorney
                               Kurt L. Grossman
                               Wood, Herron & Evans, L.L.P.
                               2700 Carew Tower
                               441 Vine Street
                               Cincinnati, Ohio 45202
                               Tel.:  (513) 241-2324
                               Fax:  (513) 241-6234
                               E-mail: tremaklus@whe-law.com
                                         kgrossman@whe-law.com

                               Counsel for Plaintiff
                               Standard Textile Co., Inc.